JS - 6

O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD RAY STEVENS, | Case No. CV 11-10476 JGB(JC) |
| Petitioner, | JUDGMENT |
| v. | |
| MARTIN BITER, | |
| Respondent. | |

Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied and this action is dismissed with prejudice.

DATED: May 26, 2015

_____
HONORABLE JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE